FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR09-1166 R

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Donnie Ray Smith | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  ( )  the appearance of defendant as required; and/or
   (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he can abide by court ord___

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: the nature of charges

IT IS ORDERED that defendant be detained.

DATED: 3/24/10

/s/ Stephen J. Hillman
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE